# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUENTIN CRABTREE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 16-cv-10706<br><br>Hon. Charles R. Norgle, Sr.<br><br>Hon. David Weisman |

## DECLARATION OF REBECCA KUEHN

1. I am an attorney at Hudson Cook, LLP. I was retained by Experian Information Solutions, Inc ("Experian") to offer expert opinion in the above-captioned case. I prepared the expert report disclosed by Experian in this matter on February 1, 2018. The report accurately summarizes my qualifications, opinions, and the facts I relied on in reaching my opinions.

2. I was an attorney for the Federal Trade Commission for approximately five years. During this time, I was involved in a number of investigations and enforcement actions related to the credit reporting industry, including prescreening. Some of these investigations were publicly disclosed by the FTC, but others were non-public investigations.

3. Similarly, in my work as an attorney in the private attorney, I have counseled multiple clients on issues related to compliance with the Fair Credit Reporting Act. Some of these representations are public, but others are confidential and not publicly known.

4. While my experiences provide background knowledge of the credit reporting industry, I did not specifically rely on or consider any information from either my non-public

work at the FTC or from any confidential client representations I have had as an attorney in forming my opinions in this matter.

5. Further, in forming my opinions in this matter, I did not review, consider, or rely on any documents, policies, or procedures related to my non-public work at the FTC or from any confidential client representations I have had as an attorney.

6. I understand that Plaintiff Quentin Crabtree has moved to bar my opinions in this case based on my refusal to identify the targets of non-public FTC enforcement actions or to divulge the otherwise confidential identity of clients I have represented as an attorney. Because I did not rely on any non-disclosed information in reaching my opinions, should the Court enter an order which barred any reliance on non-disclosed sources, my opinions in this matter would not change and I do not believe I would need to rewrite my report to adequately disclose my opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Rebecca E. Kuehn

Signed this 12th day of April, 2018.